UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

PATRICIA KENNEDY;
    Plaintiff,

v.                                    Case No.: 2:18-cv-00380-UA-MRM

BOCA GRANDE RESORT INN, LLC;
    Defendant.

## MOTION TO DISMISS

Comes now the Defendant, Boca Grande Resort Inn, LLC, by and through undersigned counsel and moves to dismiss Plaintiff's Complaint and states:

1. On June 1, 2018 Plaintiff, Patricia Kennedy (herein "Plaintiff") filed a complaint against Defendant, Boca Grande Resort Inn, LLC (herein "Defendant"), alleging violations of the Americans with Disabilities Act, specifically 28 C.F.R., Section 36.302(e)(1).

2. Defendant is the owner and operator of the Boca Grande Resort Inn located at 5800 Gasparilla Road, Boca Grande, FL 33921 (herein the "Property") and controls the website located at www.bocagranderesort.com.

3. Plaintiff has failed to allege a factual basis that establishes her standing to bring this action.

4. Standing is a "threshold jurisdictional question" that must be satisfied before a court can address a case's merits. Bochese v. Town of Ponce, 405 F.3d 964, 974 (11th Cir. 2005).

5. "Courts determine standing at the time of filing." Kennedy v. Solano Enterprises, Inc., ---F. App'x ---, 2018 WL 2411761 (11th Cir. 2018) (citing Houston v. Marod Supermarkets, Inc., 733 F.3d 1323, 1328 (11th Cir. 2013).

6. Plaintiff must establish the following three elements to have standing: 1) Plaintiff suffered an injury in fact, 2) the injury is fairly traceable to the challenged conduct of the defendant, and 3) that it is likely to be redressed by a favorable decision. Spokeo, Inc. v. Robins, 136 S. Ct. 1540, 1547 (2016).

7. When seeking injunctive relief a plaintiff must also "show a sufficient likelihood that she will be affected by the allegedly unlawful conduct in the future." Houston at 1329.

8. The threat of future injury must be "real and immediate as opposed to…merely conjectural or hypothetical." Id.

9. "[W]ithout any description of concrete plans, or indeed even any specification of when the some day will be – do not support a finding of the 'actual or imminent'

injury that our cases require." <u>Lujan v Defenders of Wildlife</u>, 504 U.S. 555, 563-64 (1992).

10. Plaintiff lives in Broward County, roughly 170 miles from the Property.

11. Plaintiff has never visited or stayed at the Property and does not allege any definitive plans of her intent to visit Boca Grande, Florida or the Boca Grande Resort Inn at any time in the future.

12. Plaintiff visited Defendant's website on one occasion, March 30, 2018, and it appears that the visit was solely for the purpose of determining the sites' compliance with the ADA. Plaintiff has not alleged an attempt to contact Defendant to advise Defendant of the ADA issues alleged in the Complaint in an attempt to have Defendant voluntarily revise the site to remedy the alleged ADA violations.

13. Plaintiff does not allege the date of any proposed travel plans to Boca Grande, FL that caused her to visit Defendant's website, when in the future she intends to travel to the Property, when in the future she intends to travel to Boca Grande, FL, when she plans to reserve a room in Boca Grande, FL at any time in the future, or when she will revisit the Defendant's website for the purpose of reserving a room at The Boca Grande Resort Inn.

14. Plaintiff has filed approximately 332 lawsuits (many against hotels) in the Middle District of Florida for alleged violations of the ADA.  See attached Pacer printout. It is clear that Plaintiff is a tester for ADA compliance and visits the hotels and websites for the sole purpose of investigating ADA compliance. Plaintiff fails to allege a specific intent to visit Plaintiff's place of public accommodation.

15. Although the Plaintiff's status as a tester does not alone negate injury in fact, "a plaintiff seeking an injunction under Title III either must 'have attempted to return'…or at least 'intend to do so in the future.'"

16. A complaint that alleges only "a generalized intent to return to the premises and/or the area do not amount to a 'real and immediate' threat of future injury." <u>Kennedy v. Beachside Commercial Properties</u>, ---F. App'x ---, 2018 WL 2024672 (11th Cir. May 1, 2018).

17. Plaintiff did not allege that she returned to the Defendant's website after the initial encounter. Plaintiff provides nothing more than a generalized intent to return to the website stating only that she would revisit the website "in the near future." Paragraph 11 of Plaintiff's Complaint. Returning to the website without the intent to make a room reservation does not establish a real and immediate threat of future injury.

18. The 11th Circuit in <u>Houston</u> and <u>ACLU of Florida</u> considered the immediacy of a plaintiff's threat of future injury when determining if a plaintiff has standing. Immediacy is defined as, "reasonably fixed and specific in time and not too far off." <u>ACLU of Fla., Inc. v. Miami-Dade Cnty. Sch. Bd.</u>, 557 F.3d 1177, 1182-83 (11th Cir. 2009).

19. Plaintiff fails to allege a concrete and definitive plan to return to the website to reserve a room at Boca Grande Resort or provide the date of her anticipated visit to the Boca Grande area.

20. Unlike the tester plaintiff in <u>Houston</u> who traveled past the defendant's supermarket regularly on his way to his attorney's office, Plaintiff has not suggested any reason why she would be traveling in the area and has not provided any specific anticipated dates of travel to this area.

21. Absent definitive plans to travel to or vacation in the Boca Grande area and utilize Defendant's website and hotel there is no real and immediate threat of future injury to Plaintiff.

22. Plaintiff lacks standing to seek injunctive relief due to her failure to sufficiently allege that she will be harmed by Defendant's failure to maintain an ADA compliant website in the future.

WHEREFORE, the Defendant moves this Court for an Order dismissing Plaintiff's Complaint for lack of standing, and for further relief as the Court deems appropriate.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by email to Phillip Cullen at CullenIII@aol.com this _____ day of _____ 2018.

DUNCAN & ASSOCIATES, P.A.
Attorneys for Defendant
P. O. Box 249
Fort Myers, Florida 33902
Telephone: 239/334-4574
Primary email:
Gordon@duncanassociatesfl.com
Secondary email:
joyce@duncanassociatesfl.com

By: _____
    Gordon Duncan
    Florida Bar No. 125963

# Select A Case

**Patricia Kennedy is a plaintiff in 332 cases.**

| | | | |
|---|---|---|---|
| 2:06-cv-00178-UA-SPC | Access For The Disabled, Inc., et al v. Pohlmann et al | filed 04/03/06 | closed 02/05/07 |
| 2:06-cv-00289-JES-DNF | Access For The Disabled, Inc., et al v. Estero Bay Hotel Company | filed 06/14/06 | closed 06/05/07 |
| 2:11-cv-00535-JES-SPC | Access For The Disabled, Inc. et al v. The TJX Companies, Inc. | filed 09/23/11 | closed 01/03/12 |
| 2:12-cv-00095-UA-SPC | Access for the Disabled, Inc. et al v. Burlington Coat Factory Warehouse Corporation | filed 02/23/12 | closed 11/14/12 |
| 2:12-cv-00490-JES-UAM | Access for the Disabled et al v. W Corp. Holdings of Collier County, Inc. | filed 09/04/12 | closed 11/29/13 |
| 2:15-cv-00630-JES-CM | Kennedy v. Radio Road Plaza Investments, LLC | filed 10/09/15 | closed 04/04/16 |
| 2:15-cv-00631-JES-CM | Kennedy v. Naples Park Plaza, LLC | filed 10/09/15 | closed 05/31/16 |
| 2:15-cv-00632-JES-CM | Kennedy v. Murphy et al | filed 10/09/15 | closed 09/20/16 |
| 2:15-cv-00673-CM | Kennedy v. Del Mar Retail Center Condominum Association, Inc. et al | filed 10/29/15 | closed 06/30/16 |
| 2:15-cv-00707-CM | Kennedy v. Schulte | filed 11/12/15 | closed 06/13/16 |
| 2:15-cv-00724-SPC-CM | Kennedy v. Llerena et al | filed 11/23/15 | closed 06/23/16 |

| [2:15-cv-00736-SPC-MRM](#) | Kennedy v. West Coast Development Corporation of Naples, Inc. | filed 11/30/15 | closed 08/25/16 |
| [2:15-cv-00757-JES-MRM](#) | Kennedy v. Mt. Ridge Realty Associates, LLC | filed 12/04/15 | closed 12/05/16 |
| [2:15-cv-00760-MRM](#) | Kennedy v. Welsh Companies Florida, Inc. et al | filed 12/07/15 | closed 05/10/16 |
| [2:15-cv-00761-JES-CM](#) | Kennedy v. Captain Investments, Inc. | filed 12/07/15 | closed 10/14/16 |
| [2:15-cv-00772-SPC-CM](#) | Kennedy v My Naples Sunshine, LLC et al | filed 12/10/15 | closed 05/19/16 |
| [2:15-cv-00775-JES-MRM](#) | Kennedy v. Pipers Crossing 1202, LLC et al | filed 12/11/15 | closed 08/25/16 |
| [2:15-cv-00801-JES-CM](#) | Kennedy v. PMAT Prado LLC et al | filed 12/28/15 | closed 04/08/16 |
| [2:16-cv-00091-SPC-CM](#) | Kennedy v. SWF Investments LLC | filed 02/03/16 | closed 07/18/16 |
| [2:16-cv-00092-SPC-MRM](#) | Kennedy v. Kite Eagle Creek, LLC | filed 02/03/16 | closed 04/15/16 |
| [2:16-cv-00093-JES-CM](#) | Kennedy v. Arena et al | filed 02/03/16 | closed 05/05/16 |
| [2:16-cv-00094-MRM](#) | Kennedy v. Area Realty Florida, LLC | filed 02/03/16 | closed 05/19/16 |
| [2:16-cv-00095-SPC-MRM](#) | Kennedy v. IPTV-B-CO6, LLC et al | filed 02/03/16 | closed 08/05/16 |
| [2:16-cv-00096-JES-CM](#) | Kennedy v. Katlou, LLC | filed 02/03/16 | closed 01/17/17 |

| [2:16-cv-00097-JES-MRM](#) | Kennedy v. NYFL Commercial Holdings 2, LLC | filed 02/03/16 | closed 08/04/16 |
| [2:16-cv-00098-SPC-CM](#) | Kennedy v. Brixmor Park Shore Outparcel LLC et al | filed 02/03/16 | closed 07/26/16 |
| [2:16-cv-00102-JES-MRM](#) | Kennedy v. Griffin Bonita Springs Properties LLC | filed 02/04/16 | closed 04/20/16 |
| [2:16-cv-00125-JES-MRM](#) | Kennedy v. Spragins et al | filed 02/12/16 | closed 11/08/16 |
| [2:16-cv-00132-SPC-CM](#) | Kennedy v. J P R Trusting Enterprise, Inc. | filed 02/16/16 | closed 12/05/16 |
| [2:16-cv-00133-JES-CM](#) | Kennedy v. Vercil E. and Helene Senseman LLP et al | filed 02/16/16 | closed 12/21/16 |
| [2:16-cv-00134-SPC-CM](#) | Kennedy v. Pelican Village Plaza, LLC et al | filed 02/16/16 | closed 05/27/16 |
| [2:16-cv-00135-JES-MRM](#) | Kennedy v. NYFL Commercial Holdings, LLC et al | filed 02/16/16 | closed 06/02/16 |
| [2:16-cv-00147-JES-MRM](#) | Kennedy v. Divito Enterprises Limited Partnership | filed 02/19/16 | closed 10/07/16 |
| [2:16-cv-00148-SPC-CM](#) | Kennedy v. Roumely, Inc. | filed 02/19/16 | closed 09/08/16 |
| [2:16-cv-00164-JES-MRM](#) | Kennedy v. First CZ Real Estate, LLC | filed 02/29/16 | closed 03/25/16 |
| [2:16-cv-00175-JES-CM](#) | Kennedy v. Indulok Corporation | filed 03/07/16 | closed 12/01/16 |
| [2:16-cv-00176-SPC-MRM](#) | Kennedy v. CS College Parkway, LLC | filed 03/07/16 | closed 03/31/16 |

| | | | |
|---|---|---|---|
| 2:16-cv-00177-JES-MRM | Kennedy v. Forest Plaza, LLC | filed 03/07/16 | closed 07/26/16 |
| 2:16-cv-00178-JES-MRM | Kennedy v. The Prudential Insurance Company of America | filed 03/07/16 | closed 06/08/16 |
| 2:16-cv-00179-CM | Kennedy v. Howell | filed 03/07/16 | closed 08/03/17 |
| 2:16-cv-00180-JES-MRM | Kennedy v. Dollar Tree Stores, Inc. et al | filed 03/07/16 | closed 09/21/16 |
| 2:16-cv-00191-SPC-MRM | Kennedy v. Musca Properties, LLC et al | filed 03/14/16 | closed 04/18/17 |
| 2:16-cv-00192-SPC-CM | Kennedy v. Pipeline Properties, LLC et al | filed 03/14/16 | closed 10/31/16 |
| 2:16-cv-00193-JES-MRM | Kennedy v. McGregor Pointe Shopping Center, LLC | filed 03/14/16 | closed 04/21/16 |
| 2:16-cv-00194-SPC-MRM | Kennedy v. DFG-Plantation, LLC | filed 03/14/16 | closed 08/23/16 |
| 2:16-cv-00195-JES-MRM | Kennedy v. RLR1, LLC et al | filed 03/14/16 | closed 11/02/16 |
| 2:16-cv-00196-SPC-CM | Kennedy v. Bickimer et al | filed 03/14/16 | closed 01/17/17 |
| 2:16-cv-00197-JES-CM | Kennedy v. Benderson et al | filed 03/14/16 | closed 08/26/16 |
| 2:16-cv-00213-SPC-MRM | Kennedy v. 2014 Bonita Springs L.L.L.P. et al | filed 03/18/16 | closed 07/05/16 |
| 2:16-cv-00214-SPC-MRM | Kennedy v. Three J'S L.L.P. et al | filed 03/18/16 | closed 02/23/18 |

| [2:16-cv-00220-SPC-CM](#) | Kennedy v. Plaza Fort Myers, LLC | filed 03/21/16 | closed 08/03/16 |
| [2:16-cv-00221-SPC-CM](#) | Kennedy v. Wynn Properties, Inc. | filed 03/21/16 | closed 07/11/16 |
| [2:16-cv-00222-SPC-MRM](#) | Kennedy v. Shoppes of Estero | filed 03/21/16 | closed 08/03/16 |
| [2:16-cv-00229-JES-MRM](#) | Kennedy v. CH Realty VI/R Naples Neapolitan LLC | filed 03/24/16 | closed 10/07/16 |
| [2:16-cv-00231-JES-MRM](#) | Kennedy v. Bonita Grande Investment, L.L.C. | filed 03/25/16 | closed 12/27/16 |
| [2:16-cv-00236-SPC-MRM](#) | Kennedy v. Weiner et al | filed 03/28/16 | closed 11/30/16 |
| [2:16-cv-00253-JES-CM](#) | Kennedy v. Bruno et al | filed 04/04/16 | closed 08/30/16 |
| [2:16-cv-00254-JES-CM](#) | Kennedy v. CMH Group LLC | filed 04/04/16 | closed 12/19/16 |
| [2:16-cv-00275-UA-CM](#) | Kennedy v. Prisa Summerlin FL, LLC | filed 04/13/16 | closed 08/23/16 |
| [2:16-cv-00276-SPC-MRM](#) | Kennedy v. Pru Hammock Cove, LLC | filed 04/13/16 | closed 07/22/16 |
| [2:16-cv-00277-SPC-CM](#) | Kennedy v. Musca Properties, LLC et al | filed 04/13/16 | closed 10/07/16 |
| [2:16-cv-00310-MRM](#) | Kennedy v. Grand Bay Station LLC | filed 04/27/16 | closed 08/03/16 |
| [2:16-cv-00311-SPC-CM](#) | Kennedy v. Publix Super Markets, Inc. | filed 04/27/16 | closed 02/14/17 |

| 2:16-cv-00318-SPC-CM | Kennedy v. Regency Realty Group, Inc. | filed 04/29/16 | closed 11/28/16 |
|---|---|---|---|
| 2:16-cv-00325-SPC-MRM | Kennedy v. REG8 Berkshire Common, LLC | filed 05/02/16 | closed 10/27/16 |
| 2:16-cv-00344-JES-CM | Kennedy v. JLB Ft Myers LLC | filed 05/09/16 | closed 09/08/16 |
| 2:16-cv-00345-JES-CM | Kennedy v. CH Realty VI/R Naples Crossroads, LLC | filed 05/09/16 | closed 09/23/16 |
| 2:16-cv-00358-SPC-CM | Kennedy v. Baldwin | filed 05/12/16 | closed 08/04/17 |
| 2:16-cv-00371-JES-MRM | Kennedy v. Regency Square FM, LLC | filed 05/16/16 | closed 10/13/16 |
| 2:16-cv-00384-JES-MRM | Kennedy v. DAD Development Corp. | filed 05/19/16 | closed 08/25/16 |
| 2:16-cv-00406-SPC-MRM | Kennedy v. PLN Properties, LLC | filed 05/26/16 | closed 10/31/16 |
| 2:16-cv-00578-SPC-CM | Kennedy v. Regency Realty Group, Inc. et al | filed 07/25/16 | closed 03/15/17 |
| 2:16-cv-00615-JES-MRM | Kennedy v. Reg8 Berkshire Commons, LLC | filed 08/08/16 | closed 10/27/16 |
| 2:16-cv-00616-SPC-CM | Kennedy v. Publix Super Markets, Inc. | filed 08/08/16 | closed 12/13/16 |
| 2:16-cv-00635-UA-MRM | Kennedy v. SWF Investments, L.L.C. | filed 08/15/16 | |
| 2:16-cv-00644-SPC-MRM | Kennedy v. Perseco Corporation | filed 08/19/16 | closed 12/07/16 |

| [2:16-cv-00681-JES-MRM](#) | Kennedy v. 3 Carter's Subway, Inc. | filed 09/06/16 | closed 01/18/17 |
|---|---|---|---|
| [2:16-cv-00700-JES-CM](#) | Kennedy v. Shadow Court Fuels, Inc. | filed 09/13/16 | closed 03/06/17 |
| [2:16-cv-00722-SPC-CM](#) | Kennedy v. PSM Colonial Crossings, LLC et al | filed 09/23/16 | closed 02/09/17 |
| [2:16-cv-00742-SPC-MRM](#) | Kennedy v. Bonita Diner, LLC | filed 09/30/16 | closed 04/26/17 |
| [2:16-cv-00766-JES-MRM](#) | Kennedy v. Colonial Funding Group, LLC et al | filed 10/14/16 | closed 02/13/17 |
| [2:16-cv-00806-JES-CM](#) | Kennedy v. Gulf Gate Plaza, LLC | filed 10/31/16 | closed 02/27/18 |
| [2:16-cv-00817-JES-CM](#) | Kennedy v. Publix Super Markets, Inc. | filed 11/07/16 | closed 12/05/16 |
| [2:16-cv-00818-SPC-CM](#) | Kennedy v. The Shoppes at San Carlos et al | filed 11/07/16 | closed 05/16/17 |
| [2:16-cv-00858-JES-CM](#) | Kennedy v. BRE Mariner Marco Town Center LLC | filed 11/30/16 | closed 05/16/17 |
| [2:17-cv-00028-SPC-MRM](#) | Kennedy v. LQ Florida Properties, L.L.C. | filed 01/17/17 | closed 05/04/17 |
| [2:17-cv-00039-UA-CM](#) | Kennedy v. L Q Florida Properties L.L.C. | filed 01/23/17 | closed 01/25/17 |
| [2:17-cv-00072-JES-MRM](#) | Kennedy v. Pappas et al | filed 02/02/17 | closed 02/09/17 |
| [2:17-cv-00089-JES-CM](#) | Kennedy v. TICC Investments, LLC et al | filed 02/06/17 | closed 06/22/17 |

| | | | |
|---|---|---|---|
| 2:17-cv-00358-SPC-CM | Kennedy v. Tamiami Hotel LLC | filed 06/26/17 | closed 11/20/17 |
| 2:17-cv-00359-JES-CM | Kennedy v. Satvik Shradhdha LLC | filed 06/26/17 | closed 11/13/17 |
| 2:17-cv-00432-SPC-CM | Kennedy v. Ackerman et al | filed 07/28/17 | closed 01/09/18 |
| 2:17-cv-00433-JES-CM | Kennedy v. Laporta Florida Center, LLC et al | filed 07/28/17 | closed 03/05/18 |
| 2:17-cv-00696-SPC-MRM | Kennedy v. U and V Food Corporation et al | filed 12/18/17 | |
| 2:18-cv-00190-JES-CM | Kennedy v. Naples Hotel Company | filed 03/21/18 | |
| 2:18-cv-00196-UA-CM | Kennedy v. Diamond Resorts Management,Inc. | filed 03/23/18 | |
| 2:18-cv-00249-SPC-CM | Kennedy v. Clayton Plaza, LLC et al | filed 04/16/18 | |
| 2:18-cv-00250-SPC-MRM | Kennedy v. MLB Group, LLC | filed 04/16/18 | |
| 2:18-cv-00258-JES-MRM | Kennedy v. Tidal Investments LLC | filed 04/19/18 | closed 06/11/18 |
| 2:18-cv-00261-JES-CM | Kennedy v. Naples Golf and Beach Club, Inc. | filed 04/19/18 | closed 05/22/18 |
| 2:18-cv-00262-UA-MRM | Kennedy v. Core Hotels & Resorts, LLC | filed 04/19/18 | |
| 2:18-cv-00265-UA-MRM | Kennedy v. Core Hotels & Resorts LLC | filed 04/20/18 | |

| | | | |
|---|---|---|---|
| 2:18-cv-00272-SPC-MRM | Kennedy v. Olde Naples Grand Hotel Inc | filed 04/23/18 | closed 06/19/18 |
| 2:18-cv-00313-SPC-MRM | Kennedy v. JE Investment Enterprises LLC | filed 05/04/18 | |
| 2:18-cv-00314-UA-MRM | Kennedy v. Jabo LLC | filed 05/04/18 | |
| 2:18-cv-00374-JES-MRM | Kennedy v. P.J.L. Family Limited Partnership | filed 05/29/18 | |
| 2:18-cv-00379-UA-MRM | Kennedy v. Diamond Head Beach Resort, LLC | filed 06/01/18 | |
| 2:18-cv-00380-UA-MRM | Kennedy v. Boca Grande | filed 06/01/18 | |
| 2:18-cv-00411-JES-MRM | Kennedy v. Core Hotels & Resorts, LLC | filed 06/12/18 | |
| 2:18-cv-00412-SPC-MRM | Kennedy v. Laxmi Hospitality, LLC | filed 06/12/18 | |
| 3:18-cv-00326-BJD-JBT | Kennedy v. Ponte Vedra Corporation | filed 03/05/18 | |
| 3:18-cv-00338-HLA-JBT | Kennedy v. Hionides et al | filed 03/09/18 | |
| 3:18-cv-00401-TJC-MCR | Kennedy v. Color Black LLC | filed 03/26/18 | |
| 5:17-cv-00286-CEM-PRL | Kennedy v. Pope | filed 06/26/17 | closed 01/11/18 |
| 5:17-cv-00355-JSM-PRL | Kennedy v. Quick Stop Leesburg LLC et al | filed 07/28/17 | closed 11/15/17 |

| 5:17-cv-00437-JSM-PRL | Kennedy v. Kenya Core, LLC et al | filed 09/25/17 | closed 03/02/18 |
|---|---|---|---|
| 5:17-cv-00442-JSM-PRL | Kennedy v. Pacifica Tampa LTD Partnership | filed 09/28/17 | closed 01/26/18 |
| 5:17-cv-00444-JSM-PRL | Kennedy v. Tavares Property Investment, LLC | filed 06/23/17 | closed 12/06/17 |
| 5:18-cv-00011-JSM-PRL | Kennedy v. ASVP Hospitality LLC | filed 01/08/18 | closed 02/22/18 |
| 6:02-cv-00114-GAP | Disability Advocacy, et al v. Orlando TM Assoc., et al | filed 01/31/02 | closed 03/29/04 |
| 6:06-cv-00857-ACC-UAM | Access For The Disabled, Inc. et al v. STF Investments, LLC et al | filed 06/23/06 | closed 02/22/07 |
| 6:08-mc-00080-GAP-DAB | Access For The Disabled, Inc. et al v. The Shack Holdings, LLC | filed 07/30/08 | closed 08/05/08 |
| 6:16-cv-01849-PGB-DCI | Kennedy v. Melbourne Beach, L.L.C. | filed 10/24/16 | closed 01/09/18 |
| 6:16-cv-01850-JA-TBS | Kennedy v. Melbourne Hotel, LLC | filed 10/24/16 | closed 04/26/17 |
| 6:16-cv-01851-CEM-KRS | Kennedy v. Paradise Beach Properties, LLC | filed 10/24/16 | closed 05/03/17 |
| 6:16-cv-02128-ACC-KRS | Kennedy v. Skyview Plaza, LLC et al | filed 12/12/16 | closed 01/24/18 |
| 6:16-cv-02208-GAP-DCI | Kennedy v. Paniccia-Indialantic, LLC | filed 12/27/16 | closed 04/04/18 |
| 6:17-cv-00073-GAP-GJK | Kennedy v. Telemachos | filed 01/17/17 | closed 09/05/17 |

| 6:17-cv-00074-ACC-TBS | Kennedy v. Schling LLC et al | filed 01/17/17 | closed 11/15/17 |
| --- | --- | --- | --- |
| 6:17-cv-00089-PGB-TBS | Kennedy v. Dolgencorp, LLC et al | filed 01/19/17 | closed 12/22/17 |
| 6:17-cv-00090-KRS | Kennedy v. 2501 LLC | filed 01/19/17 | closed 06/20/18 |
| 6:17-cv-00206-ACC-GJK | Kennedy v. Downtown Edgewater Plaza Condominium Association, Inc. et al | filed 02/06/17 | closed 04/14/17 |
| 6:17-cv-00207-GAP-DCI | Kennedy v. TICC Investments, LLC et al | filed 02/06/17 | closed 02/10/17 |
| 6:17-cv-00210-GAP-KRS | Kennedy v. Wall et al | filed 02/06/17 | closed 05/12/17 |
| 6:17-cv-00211-ACC-KRS | Kennedy v. Keller et al | filed 02/06/17 | closed 06/27/17 |
| 6:17-cv-00240-GAP-KRS | Kennedy v. Pappas et al | filed 02/02/17 | closed 05/03/17 |
| 6:17-cv-00259-RBD-DCI | Kennedy v. K-P New Smyrna, Inc. | filed 02/13/17 | closed 03/21/17 |
| 6:17-cv-00271-JA-KRS | Kennedy v. Nesh Investments Inc et al | filed 02/16/17 | closed 08/15/17 |
| 6:17-cv-00284-CEM-TBS | Kennedy v. Peggy's Country Kitchen, Inc. | filed 02/17/17 | closed 05/08/17 |
| 6:17-cv-00303-PGB-DCI | Kennedy v. Brevard Management, LLC | filed 02/22/17 | |
| 6:17-cv-00418-PGB-TBS | Kennedy v. Kunik et al | filed 03/08/17 | closed 08/09/17 |

| 6:17-cv-00419-CEM-DCI | Kennedy v. Hawkins et al | filed 03/08/17 | closed 01/16/18 |
| 6:17-cv-00421-CEM-DCI | Kennedy v. Gal et al | filed 03/08/17 | closed 05/08/17 |
| 6:17-cv-00448-ACC-KRS | Kennedy v. Skyview Plaza, LLC. et al | filed 03/13/17 | closed 01/24/18 |
| 6:17-cv-00449-ACC-KRS | Kennedy v. Skyview Plaza, LLC et al | filed 03/13/17 | closed 01/24/18 |
| 6:17-cv-00450-ACC-KRS | Kennedy v. Skyview Plaza, LLC et al | filed 03/13/17 | closed 01/24/18 |
| 6:17-cv-00452-ACC-KRS | Kennedy v. Skyview Plaza, LLC. | filed 03/13/17 | closed 01/24/18 |
| 6:17-cv-00453-ACC-KRS | Kennedy v. Skyview Plaza, LLC et al | filed 03/13/17 | closed 01/24/18 |
| 6:17-cv-00454-GAP-KRS | Kennedy v. IMDAD Haider IRA, LLC et al | filed 03/13/17 | closed 09/20/17 |
| 6:17-cv-00455-GAP-DCI | Kennedy v. Prime Petro, Inc. | filed 03/13/17 | closed 07/19/17 |
| 6:17-cv-00488-GAP-KRS | Kennedy v. HDBF, LLC et al | filed 03/17/17 | closed 05/22/17 |
| 6:17-cv-00496-RBD-KRS | Kennedy v. Park Plaza Of Edgewater Homeowners Association, Inc. et al | filed 03/20/17 | closed 05/19/17 |
| 6:17-cv-00537-PGB-DCI | Kennedy v. Cape Siesta Motel, LLC et al | filed 03/27/17 | |
| 6:17-cv-00547-GAP-KRS | Kennedy v. JPPG, LLC. et al | filed 03/28/17 | closed 05/25/17 |

| 6:17-cv-00548-RBD-DCI | Kennedy v. Rocket Liquors, Inc. et al | filed 03/28/17 | closed 08/15/17 |
| --- | --- | --- | --- |
| 6:17-cv-00549-RBD-DCI | Kennedy v. Puleio Enterprises, LLC et al | filed 03/28/17 | closed 09/07/17 |
| 6:17-cv-00550-GAP-DCI | Kennedy v. Ichikoshi USA, Inc. et al | filed 03/28/17 | closed 06/27/17 |
| 6:17-cv-00591-GAP-TBS | Kennedy v. L&C Arlington Pines Partnership, LLC | filed 04/03/17 | |
| 6:17-cv-00593-CEM-TBS | Kennedy v. Balajio, LLC | filed 04/03/17 | |
| 6:17-cv-00594-JA-KRS | Kennedy v. VK Realty, LLC | filed 04/03/17 | closed 01/08/18 |
| 6:17-cv-00595-GAP-DCI | Kennedy v. All-Suite Motel, LLC | filed 04/03/17 | closed 04/10/17 |
| 6:17-cv-00596-PGB-KRS | Kennedy v. Chris Pappas as Trustee of the Chris Pappas Revocable Living Trust et al | filed 04/03/17 | closed 08/22/17 |
| 6:17-cv-00605-CEM-GJK | Kennedy v. Solano et al | filed 04/05/17 | closed 01/18/18 |
| 6:17-cv-00634-PGB-DCI | Kennedy v. Taco City 3, Inc. | filed 04/10/17 | closed 02/14/18 |
| 6:17-cv-00638-GAP-DCI | Kennedy v. DG Beach Waves, Inc. | filed 04/10/17 | closed 05/08/17 |
| 6:17-cv-00640-RBD-KRS | Kennedy v. KSK Investments, LLC et al | filed 04/10/17 | closed 08/30/17 |
| 6:17-cv-00641-RBD-DCI | Kennedy v. Gasperilla Lodging, LLC | filed 04/10/17 | closed 10/20/17 |

| | | | |
|---|---|---|---|
| [6:17-cv-00661-JA-DCI](#) | Kennedy v. BG's Group, Inc. | filed 04/12/17 | closed 10/20/17 |
| [6:17-cv-00732-PGB-GJK](#) | Kennedy v. Baugher et al | filed 04/24/17 | closed 02/09/18 |
| [6:17-cv-00734-RBD-KRS](#) | Kennedy v. Palm Harbor Assoc Inc. et al | filed 04/24/17 | closed 06/22/17 |
| [6:17-cv-00735-GAP-DCI](#) | Kennedy v. Roseland Plaza LLC et al | filed 04/24/17 | closed 01/16/18 |
| [6:17-cv-00736-CEM-KRS](#) | Kennedy v. Richmond et al | filed 04/24/17 | closed 06/12/17 |
| [6:17-cv-00737-PGB-KRS](#) | Kennedy v. T & M United Corporation | filed 04/24/17 | closed 07/14/17 |
| [6:17-cv-00757-RBD-DCI](#) | Kennedy v. Petro Management, Inc. et al | filed 04/26/17 | closed 08/01/17 |
| [6:17-cv-00780-RBD-GJK](#) | Kennedy v. Ace Handiman Hardware of Cocoa Beach, Inc. et al | filed 05/01/17 | closed 10/04/17 |
| [6:17-cv-00840-CEM-GJK](#) | Kennedy v. Smith | filed 05/10/17 | closed 08/07/17 |
| [6:17-cv-00844-RBD-KRS](#) | Kennedy v. Dad 1300 N Atlantic Cocoa, LP | filed 05/11/17 | closed 11/20/17 |
| [6:17-cv-00888-GAP-GJK](#) | Kennedy v. Shrimp Happens, Inc. | filed 05/17/17 | closed 07/14/17 |
| [6:17-cv-00964-GAP-TBS](#) | Kennedy v. Tyloyleonson, Inc. | filed 05/26/17 | closed 11/13/17 |
| [6:17-cv-00981-CEM-DCI](#) | Kennedy v. Port St. John Station LLC | filed 05/31/17 | closed 12/13/17 |

| | | | |
|---|---|---|---|
| [6:17-cv-01047-RBD-GJK](#) | Kennedy v. Beachside Commercial Properties, LLC et al | filed 06/08/17 | closed 09/25/17 |
| [6:17-cv-01125-PGB-DCI](#) | Kennedy v. Corbett | filed 06/19/17 | closed 11/15/17 |
| [6:17-cv-01181-PGB-GJK](#) | Kennedy v. F & R Enterprises, L.L.C | filed 06/26/17 | closed 08/17/17 |
| [6:17-cv-01182-PGB-DCI](#) | Kennedy v. Mahesh Properties, Inc. | filed 06/26/17 | closed 08/17/17 |
| [6:17-cv-01183-GAP-GJK](#) | Kennedy v. SCF RC Funding I LLC et al | filed 06/26/17 | closed 05/21/18 |
| [6:17-cv-01184-GAP-TBS](#) | Kennedy v. Le et al | filed 06/26/17 | closed 10/03/17 |
| [6:17-cv-01185-PGB-KRS](#) | Kennedy v. Florida T&T Enterprise Inc. | filed 06/26/17 | closed 10/05/17 |
| [6:17-cv-01186-PGB-DCI](#) | Kennedy v. Nguyen | filed 06/26/17 | closed 03/06/18 |
| [6:17-cv-01187-CEM-DCI](#) | Kennedy v. PH & NJ Limited Liability Company | filed 06/26/17 | closed 08/02/17 |
| [6:17-cv-01188-CEM-TBS](#) | Kennedy v. S & S Ferrara III, Inc. | filed 06/26/17 | closed 03/06/18 |
| [6:17-cv-01189-PGB-GJK](#) | Kennedy v. Circle K Stores Inc. | filed 06/26/17 | closed 09/14/17 |
| [6:17-cv-01199-GAP-GJK](#) | Kennedy v. 20-02190 Garden St LLC | filed 06/28/17 | closed 07/11/17 |
| [6:17-cv-01225-CEM-TBS](#) | Kennedy v. RP & LM Enterprises, Inc. | filed 07/03/17 | closed 08/25/17 |

| [6:17-cv-01273-CEM-GJK](#) | Kennedy v. Mas Food Mart, Inc. | filed 07/12/17 closed 01/24/18 |
|---|---|---|
| [6:17-cv-01274-RBD-DCI](#) | Kennedy v. UFF DAA, Inc | filed 07/12/17 closed 07/28/17 |
| [6:17-cv-01275-GAP-TBS](#) | Kennedy v. Panita Food, Inc. et al | filed 07/12/17 closed 08/03/17 |
| [6:17-cv-01276-CEM-KRS](#) | Kennedy v. Tekelewold | filed 07/12/17 |
| [6:17-cv-01314-GAP-GJK](#) | Kennedy v. All American Oil, LLC | filed 07/17/17 closed 08/29/17 |
| [6:17-cv-01315-GAP-DCI](#) | Kennedy v. Shivstar Investments LLC | filed 07/17/17 closed 01/05/18 |
| [6:17-cv-01378-RBD-KRS](#) | Kennedy v. Giant Oil, Inc. | filed 07/26/17 closed 11/29/17 |
| [6:17-cv-01403-RBD-GJK](#) | Kennedy v. Basila et al | filed 07/31/17 closed 12/20/17 |
| [6:17-cv-01404-PGB-DCI](#) | Kennedy v. OHM, Inc. | filed 07/31/17 closed 10/06/17 |
| [6:17-cv-01573-CEM-KRS](#) | Kennedy v. Woodcock | filed 08/30/17 closed 10/17/17 |
| [6:17-cv-01576-CEM-GJK](#) | Kennedy v. Circle K Stores, Inc. | filed 08/31/17 closed 09/14/17 |
| [6:17-cv-01577-GAP-DCI](#) | Kennedy v. Sat Guru Enterprises, Inc. | filed 08/31/17 |
| [6:17-cv-01578-PGB-KRS](#) | Kennedy v. Patel et al | filed 08/31/17 closed 11/01/17 |

| | | |
|---|---|---|
| [6:17-cv-01579-PGB-DCI](#) | Kennedy v. Bindi, Inc. | filed 08/31/17 |
| [6:17-cv-01580-CEM-DCI](#) | Kennedy v. Ali et al | filed 08/31/17   closed 10/04/17 |
| [6:17-cv-01581-GAP-GJK](#) | Kennedy v. Sunshine State Holdings II, Inc. | filed 08/31/17   closed 11/13/17 |
| [6:17-cv-01582-RBD-GJK](#) | Kennedy v. M and S Investment Group, LLC | filed 08/31/17   closed 11/03/17 |
| [6:17-cv-01583-GAP-GJK](#) | Kennedy v. Silver Star Entity, LLC | filed 08/31/17   closed 10/25/17 |
| [6:17-cv-01627-PGB-KRS](#) | Kennedy v. ADI Viera Hotels, LLC | filed 09/13/17   closed 03/05/18 |
| [6:17-cv-01687-GAP-GJK](#) | Kennedy v. Cape Canaveral Shrimp Company, Inc. | filed 09/25/17   closed 12/19/17 |
| [6:17-cv-01831-JA-DCI](#) | Kennedy v. Cocoa Beach Development, Inc. et al | filed 10/23/17   closed 02/21/18 |
| [6:17-cv-01832-GAP-GJK](#) | Kennedy v. Westgate Resorts, Ltd. | filed 10/23/17   closed 01/09/18 |
| [6:17-cv-01872-GAP-TBS](#) | Kennedy v. Captain D's, LLC | filed 10/30/17   closed 05/21/18 |
| [6:17-cv-01946-CEM-GJK](#) | Kennedy v. I Shops Orlando, LLC | filed 11/13/17   closed 03/26/18 |
| [6:17-cv-01947-ACC-TBS](#) | Kennedy v. Morse Realty, Inc. et al | filed 11/13/17   closed 01/04/18 |
| [6:17-cv-01948-RBD-TBS](#) | Kennedy v. Daytona JTT, LLC | filed 11/13/17   closed 05/18/18 |

| 6:17-cv-01949-PGB-TBS | Kennedy v. Mi Tierra Authentic Mexican Restaurant Inc. | filed 11/13/17 | closed 05/09/18 |
|---|---|---|---|
| 6:17-cv-01966-CEM-DCI | Kennedy v. Viksar Inc. et al | filed 11/15/17 | closed 06/04/18 |
| 6:17-cv-01967-GAP-TBS | Kennedy v. Clayton's Crab Holdings, Inc. et al | filed 11/15/17 | closed 01/09/18 |
| 6:17-cv-01986-GAP-GJK | Kennedy v. Simpler Corp. | filed 11/20/17 | closed 02/01/18 |
| 6:17-cv-01987-GAP-GJK | Kennedy v. G6 Hospitality, LLC | filed 11/20/17 | closed 06/20/18 |
| 6:17-cv-01988-JA-GJK | Kennedy v. Baugher Hotel Group, Inc. | filed 11/20/17 | closed 03/27/18 |
| 6:17-cv-02014-RBD-TBS | Kennedy v. Orltell, LLC | filed 11/21/17 | closed 04/12/18 |
| 6:17-cv-02015-RBD-GJK | Kennedy v. Capital Investment Orlando, Inc. | filed 11/21/17 | closed 01/30/18 |
| 6:17-cv-02016-CEM-KRS | Kennedy v. Cocoa Beach Capital Group, LLC | filed 11/21/17 | closed 12/28/17 |
| 6:17-cv-02034-ACC-GJK | Kennedy v. Marriott International, Inc. | filed 11/24/17 | closed 05/08/18 |
| 6:17-cv-02101-JA-KRS | Kennedy v. Rosen Hotels and Resorts, Inc. | filed 12/07/17 | closed 03/19/18 |
| 6:17-cv-02102-ACC-KRS | Kennedy v. Sanford Inn, Inc. | filed 12/07/17 | closed 01/04/18 |
| 6:17-cv-02111-GAP-TBS | Kennedy v. Aayush Corporation et al | filed 12/08/17 | closed 02/12/18 |

| | | |
|---|---|---|
| 6:17-cv-02154-RBD-TBS | Kennedy v. Marriott International, Inc. | filed 12/18/17   closed 04/24/18 |
| 6:17-cv-02157-ACC-TBS | Kennedy v. Schling LLC et al | filed 12/18/17 |
| 6:17-cv-02161-ACC-DCI | Kennedy v. Ramco Purveyor, LLC | filed 12/18/17   closed 04/23/18 |
| 6:18-cv-00041-JA-GJK | Kennedy v. Shiv Sadhna LLC | filed 01/08/18   closed 05/22/18 |
| 6:18-cv-00152-JA-KRS | Kennedy v. PREM Investments Inc. | filed 01/29/18   closed 05/11/18 |
| 6:18-cv-00169-CEM-GJK | Kennedy v. McCoy Investments Hotel Management I LLC et al | filed 02/01/18 |
| 6:18-cv-00210-PGB-TBS | Kennedy v. New Smyrna ACD LLC | filed 02/09/18 |
| 6:18-cv-00314-ACC-TBS | Kennedy v. Harborside Suites, LLC | filed 03/02/18   closed 03/08/18 |
| 6:18-cv-00322-GAP-KRS | Kennedy v. Crestwood Suites of Lakeland, LLC | filed 03/05/18   closed 03/07/18 |
| 6:18-cv-00395-PGB-GJK | Kennedy v. G.E.J.E.L Management, Inc. | filed 03/15/18   closed 04/18/18 |
| 6:18-cv-00414-CEM-TBS | Kennedy v. Courtyard at Lake Lucerne, Inc. | filed 03/19/18   closed 04/25/18 |
| 6:18-cv-00427-ACC-DCI | Kennedy v. Milan Properties, Inc. | filed 03/23/18 |
| 6:18-cv-00469-RBD-TBS | Kennedy v. T Old Town, LLC | filed 03/28/18   closed 06/01/18 |

| | | | |
|---|---|---|---|
| 6:18-cv-00470-PGB-TBS | Kennedy v. TRIKSPIN INC. | filed 03/28/18 | closed 06/06/18 |
| 6:18-cv-00471-JA-KRS | Kennedy v. DM Sabannah LLC et al | filed 03/28/18 | |
| 6:18-cv-00587-CEM-DCI | Kennedy v. Eola Land Co. Inc. | filed 04/16/18 | closed 06/06/18 |
| 6:18-cv-00589-JA-DCI | Kennedy v. RH Resorts, LLLP | filed 04/16/18 | closed 05/22/18 |
| 6:18-cv-00590-JA-KRS | Kennedy v. ESA P Portfolio, LLC | filed 04/16/18 | closed 06/05/18 |
| 6:18-cv-00670-RBD-KRS | Kennedy v. PRC Enterprises, Inc | filed 04/30/18 | |
| 6:18-cv-00688-CEM-TBS | Kennedy v. Mystic Dunes, LLC | filed 05/04/18 | |
| 6:18-cv-00689-CEM-GJK | Kennedy v. Capital Lodging LLC | filed 05/04/18 | |
| 6:18-cv-00934-CEM-DCI | Kennedy v. T Old Town, LLC | filed 06/15/18 | |
| 8:11-cv-01830-EAK-TBM | Access For The Disabled, Inc. et al v. Kana Corporation | filed 08/15/11 | closed 03/28/12 |
| 8:11-cv-01832-JDW-TGW | Access For The Disabled, Inc. et al v. MEB Capital, Inc. | filed 08/15/11 | closed 04/26/12 |
| 8:11-cv-01960-VMC-TBM | Access For The Disabled, Inc. et al v. Shiv Shraddha, LLC | filed 08/29/11 | closed 04/20/12 |
| 8:11-cv-02158-VMC-MAP | Access for the Disabled, Inc. et al v. Sparta Nicholoudis Irrev. Trust 1/3 Int et al | filed 09/22/11 | closed 05/16/12 |

| 8:12-cv-02914-MSS-EAJ | Access for the Disabled, Inc. | filed 12/27/12 | closed 03/13/13 |
| 8:13-cv-03158-EAK-TGW | Access for the Disabled, Inc. et al v. EDZ, Inc. | filed 12/17/13 | closed 03/04/16 |
| 8:14-cv-00169-EAK-TBM | Access for the Disabled, Inc. et al v. Brown et al | filed 01/23/14 | closed 04/18/14 |
| 8:14-cv-00587-JSM-MAP | Access for the Disabled, Inc. et al v. Abdel et al | filed 03/10/14 | closed 07/08/14 |
| 8:17-cv-01516-JSM-JSS | Kennedy v. Tavares Property Investment, LLC | filed 06/23/17 | closed 09/29/17 |
| 8:17-cv-02763-JDW-JSS | Kennedy v. S.P. Sunshine D's Inc. | filed 11/15/17 | closed 01/17/18 |
| 8:18-cv-00002-EAK-TGW | Kennedy v. LB 500 LLC et al | filed 01/02/18 | closed 04/27/18 |
| 8:18-cv-00072-EAK-AAS | Kennedy v. Fortune Street Hotel, Inc. et al | filed 01/10/18 | closed 02/21/18 |
| 8:18-cv-00074-JSM-TGW | Kennedy v. Insite Tampa DT, LLC | filed 01/10/18 | closed 06/20/18 |
| 8:18-cv-00075-SDM-JSS | Kennedy v. Oxford FT Tampa Property Company, LLC | filed 01/10/18 | closed 02/28/18 |
| 8:18-cv-00150-EAK-AEP | Kennedy v. Provident Management Corporation | filed 01/18/18 | |
| 8:18-cv-00268-CEH-MAP | Kennedy v. Skan LLC | filed 02/01/18 | |
| 8:18-cv-00269-EAK-TGW | Kennedy v. Embassy Investments X, LLC | filed 02/01/18 | closed 04/18/18 |

| | | | |
|---|---|---|---|
| [8:18-cv-00394-CEH-CPT](#) | Kennedy v. Blue Jay Consultation, Inc. | filed 02/15/18 | closed 06/11/18 |
| [8:18-cv-00525-JSM-TGW](#) | Kennedy v. Orion Beach Development V LLC | filed 03/05/18 | |
| [8:18-cv-00546-MSS-AEP](#) | Kennedy v. BBC Acquisition Group, LLC | filed 03/07/18 | closed 04/12/18 |
| [8:18-cv-00547-VMC-CPT](#) | Kennedy v. Crestwood Suites of Lakeland, LLC | filed 03/07/18 | closed 03/16/18 |
| [8:18-cv-00548-MSS-AAS](#) | Kennedy v. Spring Hill Hotel LLC | filed 03/07/18 | |
| [8:18-cv-00555-EAK-TGW](#) | Kennedy v. Crestwood Suites of Lakeland, LLC | filed 03/05/18 | closed 05/22/18 |
| [8:18-cv-00560-SDM-AAS](#) | Kennedy v. Harborside Suites, LLC | filed 03/02/18 | closed 05/09/18 |
| [8:18-cv-00572-CEH-JSS](#) | Kennedy v. BB&T Hotel Investors LLC et al | filed 03/09/18 | closed 05/18/18 |
| [8:18-cv-00573-SCB-CPT](#) | Kennedy v. Barefoot Beach Resort of Indian Shores Condominium Association Inc. | filed 03/09/18 | closed 03/29/18 |
| [8:18-cv-00574-SCB-AAS](#) | Kennedy v. Satya, Inc. | filed 03/09/18 | closed 04/09/18 |
| [8:18-cv-00640-CEH-TGW](#) | Kennedy v. SH Sarasota LLC | filed 03/16/18 | closed 04/18/18 |
| [8:18-cv-00680-VMC-JSS](#) | Kennedy v. Jamuna Corporation | filed 03/21/18 | closed 05/21/18 |
| [8:18-cv-00689-CEH-AAS](#) | Kennedy v. Daus Investments LLC | filed 03/22/18 | closed 05/09/18 |

| 8:18-cv-00720-EAK-TGW | Kennedy v. Terrace Properties Partners, LTD | filed 03/26/18 |
| 8:18-cv-00842-VMC-CPT | Kennedy v. Gold Sun Hospitality LLC | filed 04/09/18 |
| 8:18-cv-00862-EAK-MAP | Kennedy v. Dreams Hospitality Group LLC | filed 04/11/18   closed 05/10/18 |
| 8:18-cv-00931-VMC-CPT | Kennedy v. TPG St. Pete Beach, LLC | filed 04/16/18 |
| 8:18-cv-01005-JSM-AAS | Kennedy v. Siesta Inn & Suites, Inc. | filed 04/25/18 |
| 8:18-cv-01053-CEH-MAP | Kennedy v. Lake Parker Holdings, LLC | filed 04/30/18 |
| 8:18-cv-01054-EAK-AAS | Kennedy v. GJNRS, LLC | filed 04/30/18 |
| 8:18-cv-01279-MSS-CPT | Kennedy v. Rudra Vraj Enterprises Inc. | filed 05/29/18 |
| 8:18-cv-01464-MSS-AAS | Kennedy v. Terrace Properties Partners, LTD | filed 06/18/18 |

| **PACER Service Center** | | |
|---|---|---|
| **Transaction Receipt** | | |
| 06/22/2018 09:16:51 | | |
| **PACER Login:** | dt0079:2541169:0 | **Client Code:** | |
| **Description:** | Search | **Search Criteria:** | Last Name: Kennedy First Name: Patricia |
| **Billable Pages:** | 11 | **Cost:** | 1.10 |